# EXHIBIT A

# J. RANDALL PRICE, Ph.D.
Board Certified in Forensic Psychology, American Board of Professional Psychology
Board Certified in Neuropsychology, American Board of Professional Neuropsychology

**FORENSIC PSYCHOLOGY ASSOCIATES OF TEXAS**
1221 ABRAMS RD., SUITE 109
RICHARDSON, TEXAS 75081-5579
TELEPHONE: 972-644-8686
FACSIMILE: 972-644-8688

7/9/07

Tony Rosenstein
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002

RE: Alvarado, et al. v. Shipley Do-Nuts

Dear Mr. Rosenstein:

My report of evaluation in this matter follows. I have previously sent you my curriculum vitae which lists all my publications and a list of all my previous testimony.

My charge for any and all services in this matter is $250 per hour. This includes review of records, evaluation, report preparation, court or deposition appearance, and consultation.

Sincerely,

J. Randall Price

# J. RANDALL PRICE, Ph.D.
Board Certified in Forensic Psychology, American Board of Professional Psychology
Board Certified in Neuropsychology, American Board of Professional Neuropsychology

FORENSIC PSYCHOLOGY ASSOCIATES OF TEXAS
1221 ABRAMS RD., SUITE 109
RICHARDSON, TEXAS 75081-5579
TELEPHONE: 972-644-8686
FACSIMILE:  972-644-8688

## REVIEW OF PLAINTIFFS' EVALUATIONS BY SHARI JULIAN, PH.D.

**Style of Case:**     Filiberto Robles Alvarado, Joel Castillo, Javier Chavez-Cipriano,
Jesus Chavez-Cipriano, Feliciano Curiel Gil, Oscar Espinoza,
Gerardo Guzman, Eleazar Hernandez Gil, David Maldonado, Jose
Angel Maldonado, Miguel Angel Paz, Pedro Paz Estrada, Isaac
Pena Ramirez, Winger Ramos, and Joel Sixtos Salvador vs.
Shipley Donut Flour & Supply Co., Inc. D/B/A Shipley Do-Nuts

**Cause Number:**      H-06-CV-02113

**Court:**             In the United States District Court for the Southern District of
Texas, Houston Division

**Counsel for Plaintiff:**   Katrina S. Patrick
Attorney and Counselor at Law
2700 Post Oak Blvd., Suite 1350
Houston, Texas 77056
Tel (713) 796-8218
Fax (713) 212-0290

**Counsel for Defendant:**   Teresa S. Valderrama
Tony Rosenstein
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Tel (713) 229-1860
Fax (713) 229-1522

**Date of Report:**    7/9/07

**Referral Question:**

Shari Julian, Ph.D. evaluated the plaintiffs in this matter and submitted her final forensic report
in June of 2007.  The attorneys for the defendant retained me to review the methodology and
adequacy of the forensic evaluation of the plaintiffs conducted by Dr. Shari Julian.

## Information Considered in this Review:

1. Plaintiffs' Second Amended Original Complaint (10/31/06)
2. Plaintiffs' Designation of Expert Witnesses (3/2/07)
3. Letter from Rhonda Wills to Dr. Shari Julian (2/26/07)
4. Preliminary Report from Shari Julian, Ph.D. (2/28/07)
5. Court Cases of Shari Julian, Ph.D. (undated)
6. Curriculum Vita of Shari Julian, Ph. D. (undated)
7. Final Report from Shari Julian, Ph.D. (6/18/07)
8. Interview Notes from Shari Julian, Ph.D. (undated)
9. Deposition of Joshua Garcia (10/10/06)
10. Deposition of Jimmy Rivera (10/11/06)
11. Deposition of Lawrence W. Shipley, III (Volume 1) (12/1/06)
12. Deposition of Julian Alcatara Garcia (10/10/06)
13. Deposition of Christopher Thomas Halsey (11/2/06)
14. Deposition of Efrain Garcia Herrera (12/14/06)
15. Deposition of Elezar Hernandez Gil (12/13/06)
16. Deposition of Jesus Chavez Cipriano (12/20/06)
17. Deposition of Javier Chavez-Cipriano (11/3/06)
18. Deposition of Jose Angel Maldonado (12/20/06)
19. Deposition of Winger Ramos Custodio (10/18/06)
20. Deposition of Miguel Angel Paz (12/13/06)
21. Deposition of Feliciano Curiel Gil (10/3/06)
22. Deposition of David Eduardo Maldonado Rodriguez (10/6/06)
23. Deposition of Oscar Espinosa Flores (10/17/06)
24. Deposition of Isaac Pena Ramirez (1/31/07)
25. Deposition of Pedro Paz Estrada (10/18/06)
26. Deposition of Filiberto Alvarado Robles (10/6/06)
27. Deposition of Gerardo Guzman Castro (10/3/06)
28. Deposition of Joel Castillo (11/3/06)
29. Deposition of Shari Julian, Ph.D. (6/22/07)
30. Exhibits of Deposition of Shari Julian, Ph.D. (6/22/07)
31. EEOC Notes: Issac Pena Ramirez (2/28/05)
32. EEOC Notes: Oscar Espinoza Flores (2/7/05)
33. EEOC Notes: Jose Angel Maldonado (3/25/050
34. EEOC Report: Alvardo Filiberto (3/3/05)
35. EEOC Report: Joel Castillo (3/3/05)
36. EEOC Report: Javier Chavez (3/3/05)
37. EEOC Report: Jesus Chavez Cipriano (3/3/05)
38. EEOC Report: Filciano Curiel Gil (3/3/05)
39. EEOC Report: Oscar Espinoza Flores (3/3/05)
40. EEOC Report: Gerardo Guzman (3/3/05)
41. EEOC Report: Eleazar Hernandes Gil (3/3/05)
42. EEOC Report: David Maldonado (3/8/05)
43. EEOC Report: Jose Maldonado (10/3/05)
44. EEOC Report: Miquel A. Paz (3/3/05)

45. EEOC Report: Pedro Paz Estrada (1/13/05)
46. EEOC Report: Isaac Pena Ramirez (3/3/05)
47. EEOC Report: Winger Ramos (3/3/05)
48. EEOC Report: Joel Sixtos Salvador (3/3/05)
49. Statement of Alvaro Lopez (3/11/05)
50. Declaration of Efrain Garcia (3/8/05)
51. Statement of Alberta Nava (1/2/05)
52. Interview of Lawrence William Shipley, III (4/26/05)
53. Interview of Lawrence William Shipley, III (6/7/05)
54. Declaration of Jimmy Rivera (2/2/05)
55. Declaration of Julian Alcantara Garcia (2/2/05)
56. Interview of Christopher Thomas Halsey (6/1/05)

## Summary of Expert Opinion:

Based on my review of Dr. Julian's forensic psychological evaluation report and my review of other collateral materials, including her interview notes and her deposition transcript, I believe that Dr. Julian's evaluation methods do not provide a clear or trustworthy foundation to support her conclusions. In my opinion, Dr. Julian's conclusions are overly subjective and not based on scientific or generally accepted forensic methods.

In sum, Dr. Julian's forensic evaluation lacks in two material areas:

1.   Dr. Julian did not adequately use scientifically based test data or other methods that reflect generally accepted procedures for forensic evaluations;

2.   Since Dr. Julian's evaluation conclusion that all the plaintiffs in this matter are diagnosed with PTSD subsequent to events experienced during their employment at Shipley Do-Nut arose from her compromised methods, her conclusions are overly subjective and, thus, lack reliable foundation.

## Description of Dr. Julian's Evaluation Methodology:

In addition to a review of the records provided to Dr. Julian, she reported that the method used for evaluation in this case was the structured clinical interview. Dr. Julian testified that the use of a structured interview by an experienced clinician such as herself yields the best results in the matter of Post-traumatic Stress Disorder (PTSD). Dr. Julian testified that a structured clinical interview is not an instrument but rather a clinician asking the same questions each time for each of the plaintiffs while allowing the person being evaluated some latitude in explaining their answers. She testified that she did not use any particular, formally published, printed instrument. She likened such structured clinical interview instruments to a checklist. She testified that she "used the questions that would appear most commonly, and then I just kind of flavored them up a little so I had them simple for them." (Julian Deposition, p. 41) Dr. Julian testified that she had no record of the questions that she asked each of the plaintiffs. She also testified that she utilized an interpreter in her interviews, which reduced the amount of actual interview time with the plaintiffs by one-half.

Dr. Julian testified that she did not use psychological testing in her evaluation methodology because it is somehow inappropriate in this case. Dr. Julian's testimony also included the following: "But, most of all, in doing a report for the court where you don't want to do a lot of unnecessary testing. You don't want to, you know, use tests that may or may not be helpful. The very best thing, when you have a lot of experience like I do, 22 years—no, more than that, 23 years of doing this—is to use the structured interview to gather data and kind of get a sense, because we need a chance to be flexible and to listen." (Julian Deposition, p. 31) She further testified that if she had been asked to conduct a clinical evaluation for the purposes of treatment, she would have conducted psychological testing using tests such as the Minnesota Multiphasic Personality Inventory, 2nd Edition (MMPI-2). She also admitted that the MMPI-2 has been translated to Spanish.

Dr. Julian testified that her evaluation methodology did not include a complete clinical history of the plaintiffs because "that's not appropriate in a situation like this." (Julian Deposition, p. 62) She further testified that taking a clinical history of the plaintiffs was not appropriate because she was not answering a clinical question for the court, and it would be a form of "over billing lawyers." (Julian Deposition, p. 63) Dr. Julian also testified that her understanding is that taking a thorough clinical history was not warranted in this matter because in Texas law follows the "eggshell skull case" where "you take people as you find them when you hired them." (Julian Deposition, p. 63)

**Description of Dr. Julian's Opinions:**

The plaintiffs in this matter were referred by Rhonda Wills (former co-counsel) to Dr. Julian on February 26, 2007 to arrive at expert opinions including but not limited to "psychological and mental anguish of Plaintiffs, mental anguish damages of Plaintiffs, human resource development, and ethnic and gender impact in this matter." (Wills Letter, p. 1) The expert opinions expressed in this report will not concern human resource development as this area is outside my areas of expertise. Dr. Julian issued a preliminary report on February 28, 2007. She submitted her final report on June 18, 2007. Dr. Julian concluded in her preliminary report that given her review of the information available to her, "a diagnosis of PTSD may be safely assumed" for all the plaintiffs in this matter. In a cover letter attached to her preliminary report, Dr. Julian wrote the following to the plaintiffs' attorneys: "I anticipate that I will be conducting more interviews and reviewing more documents as the case proceeds. However, I have reviewed enough materials and visited with your clients sufficiently to form a preliminary position. I do anticipate expanding and enriching these opinions before trial. I do not, however, foresee a significant change in the nature of these opinions." In her final report issued on June 18, 2007, Dr. Julian remained somewhat tentative in her opinions regarding her diagnoses of the plaintiffs. She stated, "The Plaintiff's fear for their lives and safety sets the stage for a Post-Traumatic Stress (PTSD) diagnosis." (Julian Final Report, p. 8) However, Dr. Julian testified in her deposition of June 22, 2007 that to a reasonable degree of psychological certainty, all 12 plaintiffs have PTSD based on the *DSM-IV-TR*.[1] In a cover letter attached to her final report, Dr. Julian wrote the following to the plaintiffs' attorneys, "This report, after lengthy interviews with your clients and an extensive review of materials, represents the opinions I intend to state in court. However, I believe that every professional of integrity must restate that they are not closed to new data. I do anticipate expanding and enriching these opinions as my familiarity with the clients grows before trial. I do not, however, based on my current fact finding, foresee any significant change in the nature of these opinions."

## Review of Dr. Julian's Forensic Evaluation:

The remainder of this report will explain the basis of my opinion about the deficiencies in Dr. Julian's forensic evaluation of the plaintiffs and the reasons I believe these deficiencies seriously compromise the reliability and trustworthiness of Dr. Julian's conclusions.

### 1. Dr. Julian's methodology failed to: (a) use generally accepted and scientifically-based psychological tests to substantiate PTSD; (b) objectively test the plaintiff's symptoms, (c) provide critical error rates, and (d) assess the response style of the plaintiffs.

The generally accepted method for the evaluation of PTSD is one that includes scientifically based psychological tests that include psychometric data or error rates. For example, Keane recommends the use of multiple sources in the assessment of PTSD in litigation contexts, including taking a comprehensive history, a structured clinical interview, the use of general personality tests, the administration of specific tests that measure PTSD and its associated clinical features.[2] The use of general personality tests such as the MMPI-2 serves several purposes including: (1) to provide information on functioning more broadly; (2) to allow for the calculation of PTSD subscales that corroborate PTSD symptoms (e.g., Keane PK Scale); and, (3) to assess the response style of the plaintiff (i.e., styles that range from symptom minimization to valid profiles to symptom exaggeration). In a forensic evaluation, the assessment of response style is a best practice; the issues of deliberate fabrication and unconscious exaggeration are critical to address when the consequences of the evaluation include external incentives such as compensation. Other similar tests that objectively substantiate PTSD symptoms include the Millon Multiaxial Personality Inventory-Third Edition (MCMI-III) and the Personality Assessment Inventory. Both the MMPI-2 and the MCMI-III are available in Spanish.

More than 20 standardized PTSD measures have been peer-reviewed and are generally accepted in the scientific community.[3] Several of these instruments are appropriate for possible use in an evaluation such as the one Dr. Julian conducted including: (1) Revised Civilian Mississippi Scale; (2) Trauma Stress Schedule; (3) Trauma Symptom Inventory; (4) Detailed Assessment of Posttraumatic Stress; (5) Posttraumatic Stress Diagnostic Scale. The Revised Civilian Mississippi Scale and the Trauma Stress Schedule are of particular usefulness in this matter since equivalent Spanish language versions have been developed for these instruments.

### 2. Dr. Julian's interview notes and deposition testimony do not document or support the use of a structured clinical interview for the determination of PTSD with the plaintiffs.

Dr. Julian reported that the method used for evaluation in this case was the structured clinical interview. She testified that a structured interview is not an instrument but rather a clinician asking the same questions each time for each of the plaintiffs while allowing the person being evaluated some latitude in explaining their answers. She testified that she did not use any particular, formally published, printed instrument. She likened such structured clinical interview instruments to a checklist. She testified that she "used the questions that would appear most commonly, and then I just kind of flavored them up a little so I had them simple for them." (Julian Deposition, p. 41) Dr. Julian testified that she had no record of the questions that she asked each of the plaintiffs. As reflected in her notes and report of evaluation, Dr. Julian did not use a structured clinical interview. Rather, it appears that she used a very

unstructured and subjective clinical interview. Her clinical notes consist of less than one page per plaintiff that reflect no specific questions posed in no specific order. The purpose of a structured clinical interview is to provide standardization and objective questioning. Weiss (1997) describes a structured clinical interview as "a formalized interview process or procedure that has internally logical or consistent rules that govern the content of questions asked of an interviewee, the order in which the topics are covered, and the specific kind of information sought."[4]

There are several appropriate structured clinical interviews for PTSD that are generally accepted, peer-reviewed, and tested for error rates. Foremost among these are the: (1) Structured Clinical Interview for DSM-IV; and, (2) Clinician-Administered PTSD Scale (CAPS). The CAPS was developed at the National Center for PTSD and is considered the "gold standard" for the assessment of PTSD. It is a 30-item structured interview that corresponds to the DSM-IV diagnostic criteria for PTSD. The CAPS allows for the precise measurement of both the frequency and intensity of PTSD symptoms. The questions are carefully worded, and the results are analyzed with logical and consistent rules.

**3. Based on the Dr. Julian's interview notes and her deposition testimony, the interview protocol utilized in the evaluation of the plaintiffs in this matter was seriously inadequate in several regards. Dr. Julian's subjective interview in this matter has not been peer-reviewed and remains untested. Without a record of the questions posed to the plaintiff, one cannot determine if key areas of inquiry were covered or whether or not the interview questions were leading.**

Dr. Julian's clinical interview appeared to be limited to a relatively brief elicitation of the plaintiff's self-report of PTSD symptoms without any substantive behavioral observations or even a simple mental status examination. Applicable professional standards require more than the stand-alone self-report of the plaintiff to arrive at a reliable opinion. PTSD symptoms elicited by an unstructured and wholly subjective clinical interview that are not substantiated by objective testing or careful collateral interviews results in an analytical gap between method and conclusion too large to leap.

Most importantly, Dr. Julian intentionally omitted from the interview protocol taking a life history of each of the plaintiffs due to her opinion that it is inappropriate to obtain a comprehensive life history in a forensic evaluation. She testified that taking such a history is only appropriate in a clinical evaluation conducted with the purpose of providing treatment. The results of this omission include the absence of clinical data concerning pre-existing or contributing conditions as well as any possible falsification data regarding the diagnosis of PTSD.

**5. In my opinion, Dr. Julian's testimony appears to reflect a lack of understanding of the function of a forensic evaluation and of the role of an expert witness versus that of a fact witness.**

Dr. Julian testifies that her methodology is based on her role as an expert witness and not that of a fact witness. I agree that the two are different roles, and that a treating doctor's role as a fact witness is very different from that of a forensic mental health evaluator serving as an expert witness. However, I disagree that the differences between the two dictate that the forensic

evaluator do a less thorough job than the treating doctor. I disagree that the forensic mental health evaluator omit important methodological components of an evaluation such as the administration of psychological testing and the taking of a comprehensive life history of the plaintiff. These methods are as critical for a generally accepted and reliable forensic evaluation as they are for a treatment-oriented clinical evaluation. In a case such as this one, the forensic evaluator *is* conducting a clinical evaluation for the court that is tailored to address the relevant psycholegal issues. Forensic evaluations do not omit important clinical methods just because they are clinical. Forensic evaluations are comprehensive and responsive to the needs of the court rather than to the treatment needs of the individual being evaluated.

**6. A key methodological mindset in forensic evaluations is to gather data on which to consider reliable and plausible alternative explanations for the data. Dr. Julian apparently made no attempts to explore other factors that may have caused or contributed to the PTSD symptoms self-reported by the plaintiffs.**

Potentially, some of the plaintiffs in this matter may have experienced traumatic stressors at another time or place in their lives. Dr. Julian made no attempt to rule-out this possibility. Some of the reported symptoms could be caused by pre-existing and non-traumatic emotional, mental, or personality disorders. Considering the fact that these evaluations are taking place in a litigation context, the possibility of financial incentives is a concern. Dr. Julian's report does not indicate that she considered the accuracy of the plaintiff's descriptions of the stressor events. For example, her report does not suggest that she considered the deposition data of defense witnesses including Shipley Do-Nut owners, managers, or non-plaintiff employees. If the answer to this question is that she cannot completely trust the self-report of such individuals, then the basis for completing accepting the self-report of the plaintiffs is questionable. In a number of other instances Dr. Julian's analyses appears idiosyncratic. For example, see her comparison of stressors (Julian Deposition, p. 84), her assessment of the degree of severity in stressors (Julian Deposition, p. 85), her application of the concept of Stockholm Syndrome (Julian Deposition, p. 124), and in her dismissal of the lack of avoidance behavior (Julian Deposition, p. 126).

**7. Dr. Julian's methodology of evaluation does not account for ruling out confirmation bias, and, in fact, her reports of evaluation suggest the presence of a confirmation bias in operation.**

After a one-hour group telephone call with the plaintiffs through an interpreter, Dr. Julian concluded in her preliminary report that given her review of the information available to her, "a diagnosis of PTSD may be safely assumed" for all the plaintiffs in this matter. At that time, Dr. Julian also wrote that she did not "foresee a significant change in the nature of these opinions." After relatively brief individual interviews with the plaintiffs, Dr. Julian remained convinced that all the plaintiffs had PTSD and that, even though she would remain open to new data, she did not "foresee any significant change in the nature of these opinions."

Dr. Julian's records and deposition testimony do not reflect any systematic attempt to perform any quality control on her preliminary opinions. Other data was made available to her including information that should have been explored with the plaintiffs in her individual interviews with them as one way of systematically dealing with potential confirmation bias. This data includes: (1) many of the plaintiffs

7

continue to work at Shipley Do-Nut; (2) several of the plaintiffs have recommended their relatives for jobs at Shipley Do-Nut; (3) several non-plaintiff employees have testified about what their perceptions of events that allegedly happened on-the-job at Shipley Do-Nut that is in opposition to testimony of several of the plaintiffs.  No evidence of inquiry such as this was found in the records provided to me for review.

**8. Dr. Julian's conclusion opinion that _all_ twelve of the plaintiffs in this matter developed PTSD based on their treatment at Shipley Do-nut is extremely difficult to reconcile with generally accepted, peer-reviewed scientific studies that have demonstrated that the majority of survivors of documented trauma do _not_ develop PTSD.[5]**

For example, *The 1996 Detroit Area Survey of Trauma* revealed that the average conditional risk of PTSD following exposure to trauma ranges from 9.2% to 20.9%.[6]  If the probability for 1 person to protract PTSD is 20.9%, and two people are exposed, the probability that both will have PTSD is 4%.  If three people are exposed, the probability that all will have PTSD is 1%.  If five people are exposed, the probability that all will have PTSD is 0.04%.  If twelve people are exposed, the probability that all will have PTSD is 0.000000007%. If the probability for 1 person to protract PTSD is 9.2%, and two people are exposed, the probability that both will have PTSD is 1%.  If three people are exposed, the probability that all will have PTSD is 0.08%.  If four people are exposed, the probability that all will have PTSD is 0.007%.  If twelve people are exposed, the probability that all will have PTSD is 0.0000000000004%.

**9. In sum, opinions and methodology are not entirely distinct from one another.  Opinion evidence, "which is connected to existing data only by the *ipse dixit* of the expert"[7], is overly subjective and, thus lacks reliable foundation.**

Dr. Julian's methodology does not comport with generally accepted and applicable professional standards of forensic mental health evaluations.  She included no objective psychological testing.  She did not use a recommended structured clinical interview.  She documents no systematic consideration of plausible alternative explanations for her data or of possible confirmation bias in her work in this case.  In my opinion, Dr. Julian's methodology does *not* provide a reliable or trustworthy foundation for her opinion that any of the plaintiffs in this matter suffer from PTSD—much less that *all* twelve of the plaintiffs in this matter suffer from PTSD—an opinion that defies all scientific odds.

Sincerely,

J. Randall Price, Ph.D.
Licensed Psychologist
States of Texas and Oklahoma

## End Notes

[1] *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (1994), published by the American Psychiatric Association.*
[2] *Posttraumatic Stress Disorder in Litigation, 2nd Edition* (2003)
[3] *Assessing Psychological Trauma and PTSD (1997)*
[4] *Assessing Psychological Trauma and PTSD,* p.494.
[5] *The Aleutian Enterprise Sinking and Posttraumatic Stress Disorder: Misdiagnosis in Clinical and Forensic Settings, Professional Psychology: Research and Practice, 1995, Vol. 26, No. 1, 82-87.*
[6] *Trauma and Posttraumatic Stress Disorder in the Community, Archives of General Psychiatry, 1998, Vol. 55, 626-632.*
[7] *Joiner* 522 US at 146.

IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FILIBERTO ROBLES ALVARADO,** | § | |
| **JOEL CASTILLO, JAVIER CHAVEZ-** | § | |
| **CIPRIANO, JESUS CHAVEZ-CIPRIANO,** | § | |
| **FELICIANO CURIEL GIL, OSCAR** | § | |
| **ESPINOZA, GERARDO GUZMAN,** | § | |
| **ELEAZAR HERNANDEZ GIL, DAVID** | § | |
| **MALDONADO, JOSE ANGEL** | § | |
| **MALDONADO, MIGUEL ANGEL PAZ,** | § | **CIVIL ACTION NO. H-06-CV-02113** |
| **PEDRO PAZ ESTRADA, ISAAC PENA** | § | |
| **RAMIREZ, WINGER RAMOS and** | § | |
| **JOEL SIXTOS SALVADOR** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **SHIPLEY DONUT FLOUR & SUPPLY** | § | |
| **CO., INC. d/b/a SHIPLEY DO-NUTS** | § | |
| | § | |
| **Defendant.** | § | |

# APPENDIX 1

# Curriculum Vitae of
# J. Randall Price, Ph.D.

# CURRICULUM VITAE

**J. Randall Price, Ph.D.**
**1221 Abrams Rd., Suite 109**
**Birth Date: March 27, 1948**
**Richardson, Texas 75081**
**TEL: (972) 644-8686**
**FAX: (972) 644-8688**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|                                    | Pages |
|------------------------------------|-------|
| Education & Degree Status          | 2     |
| Professional Experience            | 2     |
| Credentials                        | 3     |
| Hospital Appointments              | 4     |
| Professional Affiliations          | 4     |
| Professional Honors and Activities | 4     |
| Consulting Appointments            | 6     |
| College & University Teaching      | 7     |
| Publications                       | 8     |
| Presentations                      | 13    |

*Curriculum Vitae*                                                      *J. Randall Price, Ph.D.*

## EDUCATION & DEGREE STATUS

| | | |
|---|---|---|
| B.S. | 1970 | Psychology, Department of Education, University of North Texas, Denton, Texas. |
| M.S. | 1971 | General-Experimental Psychology, Department of Psychology, University of North Texas, Denton, Texas. |
| Graduate Study | 1973-1975 | Educational Psychology, Department of Education, University of Houston, Houston, Texas. |
| Ph.D. | 1982 | Educational and Clinical Psychology, Department of Psychology, University of North Texas, Denton, Texas. |
| Internship | 1983 | Clinical Psychology and Neuropsychology, Baylor Institute of Rehabilitation, Baylor University Medical Center, Dallas, Texas. |
| Post-Doctoral Fellowship | 1995 | Applications of Technology in Special Education and Related Fields, Department of Special Education and Rehabilitation Counseling, University of Kentucky, Lexington, Kentucky. |
| Graduate Study | 2003-Present | Masters in Liberal Arts Program, Texas Christian University, Fort Worth, Texas. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1983-Present | Independent Practice, Forensic Clinical Psychology & Neuropsychology, Richardson/Dallas, Texas. |
| 1975-Present | Professor of Psychology, Richland College, Dallas, Texas. |
| 2006-Present | Clinical Associate Professor, University of Texas Southwestern Medical Center at Dallas, Department of Psychiatry, Division of Psychology, Dallas, Texas. |
| 1990-Present | Clinical Assistant Professor, University of Texas Southwestern Medical Center at Dallas, School of Allied Health Sciences, Department of Rehabilitation Sciences, Dallas, Texas. |

*Curriculum Vitae*                                  *J. Randall Price, Ph.D.*

| | |
|---|---|
| 1994-Present | Lecturer in Law, Southern Methodist University, School of Law, Dallas, Texas. |
| 1997-2006 | Clinical Assistant Professor, University of Texas Southwestern Medical Center at Dallas, Department of Psychiatry, Division of Psychology, Dallas, Texas. |
| 1989-1999 | Adjunct Assistant Professor of Psychology, Texas Woman's University, Denton, Texas. |
| Summers 1985-1986 | Visiting Professor of Psychology & Director of Outpatient Clinic, Hawaii School of Professional Psychology, Honolulu, Hawaii. |
| 1972-1975 | Psychology Instructor, Galveston College, Galveston, Texas. |
| 1971-1972 | Correctional Officer/Counselor, Federal Bureau of Prisons, Seagoville, Texas. |

## CREDENTIALS

Licensed Psychologist,
State of Texas, #2-2571

Issued Sept., 1983

Board Certification in Forensic Psychology
American Board of Professional Psychology,
#5664

Awarded March., 2003

Board Certification in Neuropsychology
American Board of Professional
Neuropsychology, #217

Awarded Sept., 1990

Fellow,
National Academy of Neuropsychology

Awarded Nov., 1995

Licensed Psychologist,
Commonwealth of Kentucky, #963

Issued July, 1995
Surrendered July, 2004

Licensed Psychologist,
State of Oklahoma, #940

Issued June, 2003

Added Qualifications in Forensic
Neuropsychology, American Board of
Professional Neuropsychology

Awarded April 1, 2000

Licensed Specialist in School Psychology,          Issued July, 1997
State of Texas, TSBEP #30218

Registered Professional Evaluator,                 Issued Jan., 1990
Texas Commission on Law Enforcement
Officer Standards and Education, #RPY-0121

Licensed Psychologist,                             Issued Aug., 1985
State of Hawaii, #319                               Surrendered May, 2002

Health Service Provider,                            Issued June, 1984
Council for the National Register of
Health Service Providers in Psychology, #32773

Health Service Provider                            Issued April 1998
Texas State Board of Examiners of Psychology

Primary Certificate,                               Awarded April, 1983
Institute for Rational Emotive
Therapy, #1763

Certified Sex Educator,                            Awarded June, 1982
American Association of Sex Educators,
Counselors, and Therapists, #04430FI-03

Certificate of Professional Qualification in       Issued September, 1998
Psychology, Association of State and
Provincial Psychology Boards, #10

## HOSPITAL APPOINTMENTS

1987-2000                          Baylor/Richardson Medical Center
                                   Richardson, Texas

## PROFESSIONAL AFFILIATIONS

American Psychological Association
        Division 40: Clinical Neuropsychology
        Division 41: American Psychology and Law Society
National Academy of Neuropsychology
Society of Police and Criminal Psychology
Texas Community College Teacher's Association
Texas Psychological Association

4

## PROFESSIONAL HONORS AND ACTIVITIES

| | |
|---|---|
| 1999-Present | Honorary Order of Kentucky Colonels, Commissioned by Paul E. Patton, Governor, Commonwealth of Kentucky, May 3, 1999 |
| 1999-2001 | Treasurer, American Board of Professional Neuropsychology |
| 1997-2003 | Texas Leadership Circle and Member of Local Campaign Committee, State Employee Charitable Campaign, United Way of Metropolitan Dallas |
| 1996-1998 | Editorial Board, The Professional Neuropsychologist. |
| 1996-1998 | Secretary, American Board of Professional Neuropsychology. |
| 1995-Present | Executive Board, American Board of Professional Neuropsychology. |
| 1993-Present | Diplomate Examiner, American Board of Professional Neuropsychology. |
| 1993-1995 | Chairman, Student Awards Committee, National Academy of Neuropsychology. |
| 1991 | Founding Member, Research Consortium of the National Academy of Neuropsychology. |
| 1990 | Director, Division of Applied Psychology, Texas Psychological Association. |
| 1990 | Editorial Board, Texas Psychologist, Official Publication of the Texas Psychological Association. |
| 1989 | Patron, Texas Psychological Foundation. |
| 1987-1990 | Member, Exhibits Committee, National Academy of Neuropsychology Annual Conventions. |
| 1987-1988 | Co-Chair, Committee on Sexual Abuse, Applied Psychological Association. |

_Curriculum Vitae_                                                                          _J. Randall Price, Ph. D._

| | |
|---|---|
| 1987 | Certificate of Appreciation, Texas Head Injury Foundation. |
| 1986 | Chairman, Exhibits Committee, Texas Psychological Association Annual Convention. |
| 1982-Present | North Texas Exes, University of North Texas Alumni Association |
| 1979-1982 | Certificate of Appreciation, Professional Development Committee, Texas Community College Teacher's Association. |
| 1976-1979 | Certificate of Appreciation, Membership Services Committee, Texas Community College Teacher's Association. |
| 1975 | Who's Who in the South and Southwest. |
| 1974 | Outstanding Educators of America. |
| 1971 | Who's Who in American Colleges & Universities. |
| 1971 | Who's Who in Psychology, North Texas State University. |
| 1971 | President, NTSU Chapter, Psi Chi, National Honor Society in Psychology. |
| 1970-1971 | Psi Chi, National Honor Society in Psychology. |

## CONSULTING APPOINTMENTS

### Current

| | |
|---|---|
| 2003-Present | Consulting Law Enforcement Psychologist, Behavioral Measures and Forensic Services, L.L.C., Dallas, Texas. |
| 1988-Present | Medical Advisor, Office of Hearings and Appeals, United States Department of Health and Human Services, Social Security Administration. |

*Curriculum Vitae*                                                    *J. Randall Price, Ph. D.*

## COLLEGE & UNIVERSITY TEACHING

| **Undergraduate Courses** | **College/University** |
|---|---|
| Introductory Psychology | Galveston College<br>Richland College<br>University of North Texas |
| Developmental Psychology | Galveston College<br>Richland College |
| Statistical Methods in Psychology | Galveston College |
| Human Sexuality | Richland College |
| Honors Psychohistory | Richland College |
| Criminal/Forensic Psychology | Richland College |
| Social Psychology | Richland College |
| **Graduate Courses** | **College/University** |
| Diagnosis of Sexual Disorders/Dysfunctions | Hawaii School of Professional Psychology |
| Objective Personality Assessment | Hawaii School of Professional Psychology |
| Physiological Psychology | Hawaii School of Professional Psychology |
| Forensic Psychology | Hawaii School of Professional Psychology<br>Texas Woman's University |
| Psychiatric & Psychological Evidence | Southern Methodist University, School of Law |

## PUBLICATIONS

### Book Chapters

Stevens, K. B. & Price, J. R. (1999). Social and legal impact of malingered mild traumatic brain injury. In Raymond, M., Bennett, T., Hartlage, L, & Cullum, M. (Eds.), Mild Brain Injury: A Clinician's Guide. Austin, TX: Pro-Ed Publications.

Price, J. R. (1995). Malingering and symptom exaggeration. In D. R. Price & P. R. Lees-Haley (Eds.), The Insurance Handbook of Psychological Injury Claims (pp. 21-29). Seattle, WA: LW. Publications.

Price, J. R. (1994). Theories of mental illness. In D. W. Shuman (Ed.), Psychiatric and Psychological Evidence (2nd ed.) (pp. 1-1 to 1-17). Colorado Springs, CO: Shepard's/McGraw-Hill.

Price, J. R. (1994). Psychological and psychiatric diagnosis. In D. W. Shuman (Ed.), Psychiatric and Psychological Evidence (2nd ed.) (pp. 2-1 to 2-32). Colorado Springs, CO: Shepard's/McGraw-Hill.

Price, J. R. (1994). Treatment. In D. W. Shuman (Ed.), Psychiatric and Psychological Evidence (2nd ed.) (pp. 3-1 to 3-17). Colorado Springs, CO: Shepard's/McGraw-Hill.

Price, J. R. (1994). The professions of psychiatry and psychology. In D. W. Shuman (Ed.), Psychiatric and Psychological Evidence (2nd ed,) (pp. 4-1 to 4-23). Colorado Springs, CO: Shepard's/McGraw-Hill.

Price, J. R. (1994). Researching psychiatric and psychological literature. In D. W. Shuman (Ed.), Psychiatric and Psychological Evidence (2nd ed.) (pp. 5-1 to 5-19). Colorado Springs, CO: Shepard's/McGraw-Hill.

Price, J. R. (1987). Sexuality Following Traumatic Brain Injury. In Wagner & Miner (Eds.) Neurotrauma (pp. 173-180). Boston: Butterworth Publishers.

### Articles in Refereed Journals

Stevens, K. B. & Price, J. R. (2005). Adaptive Behavior, Mental Retardation, and the Death Penalty. Journal of Forensic Psychology Practice. (In Press)

Reynolds, C. R., Price, J. R. & Niland, J. (2003). Applications of neuropsychology in capital felony (death penalty) defense. Journal of Forensic Neuropsychology, 3, 89-123.

Lees-Haley, P. H.,Price, J. R., Williams, C.W. & Betz, B.P. (2001).  Use of the Impact of Event Scale in the assessment of emotional distress and PTSD may produce misleading results.  Journal of Forensic Neuropsychology, 2, (2), 45-52.

Stevens, K. B. & Price, J. R. (1999).  Adult reading assessment: Are we doing the best with what we have?  Applied Neuropsychology, 6, (2), 68-78.

Williams, C. W., Lees-Haley, P. R. & Price, J. R. (1998).  Self-attention and reported symptoms: Implications for forensic assessment.  Professional Psychology: Research and Practice, 29, (2), 125-129.

Price, J. R. & Stevens, K. B. (1997).  Psycholegal implications of malingered head trauma.  Applied Neuropsychology, 4,(1), 75-83.

Williams, C. W., Lees-Haley, P. R. & Price, J. R. (1996).  The role of counterfactual thinking and causal attributions in accident-related judgments.  Journal of Applied Social Psychology, 26, (23), 2100-2112.

Williams, C. W., Lees-Haley, P. R. & Price, J. R. (1996).  Perceived exposure to environmental hazards: Some correlates of fear of future illness.  American Journal of Forensic Psychology, 14, (2), 1-5.

Williams, C. W., Brown, R. S., Lees-Haley, P. R. & Price, J. R.  (1995).  An attributional (causal dimensional) analysis of perceptions of sexual harassment.  Journal of Applied Social Psychology, 25, (13), 1169-1183.

Grillo, J., Brown, R. S., Hilsabek, R.C., Price, J. R & Lees-Haley, P. R. (1994).  Raising Doubts About Claims of Malingering: Implications of Relationships between MCMI-II and MMPI-2 Performances.  Journal of Clinical Psychology, 50, (4), 651-655.

Lees-Haley, P. R., Lees-Haley, C. W., Price, J. R., & Williams, C. W. (1994).  A sexual harassment-emotional distress rating scale.  American Journal of Forensic Psychology, 12, (3), 39-54.

Lees-Haley, P. R., Williams, C. W., Lees-Haley, C. W., Price, J. R., & Smith, J. T.  (1994).  Sexual harassment and emotional distress: A ranking of social-sexual behavior.  American Journal of Forensic Psychiatry, 15, (4), 5-25.

Price, R., Mount, G. & Coles, E.  (1987).  Evaluating the Visually Impaired: Neuropsychological Techniques. Journal of Visual Impairment and Blindness, 81, (1), 28-30

*Curriculum Vitae* _____ *J. Randall Price, Ph. D.*

## Book Reviews

Price, J. R. & Stevens, K. B. (1997). Review of the book Neuropsychological Toxicology: Identification and Assessment of Human Neurotoxic Syndromes (Second Edition). Archives of Clinical Neuropsychology, 12, (6), 607-608.

Price, J. R. (1991). Review of the book Substance Abuse, Homicide, and Violent Behavior. Newsletter of the International Academy of Behavioral Medicine, Counseling, and Psychotherapy, 11, (1), 2-3.

## Audio Cassette Recordings

Price, J. R. (1991). Deception and Malingering. (Author & Speaker) [audio cassette recording]. Tampa, FL: Psychological Seminars Inc.

Binder, L., Lees-Haley, P., Miller, W. & Price, J. R. (1990). Assessment of Motivation and Malingering in Forensic Neuropsychology. (Author & Speaker) [Audio Cassette Recording, No. AC264-17AB], Garden Grove, California: InfoMedix.

Price, J. R. (1989). Clinical Assessment of Malingering and Deception. (Author & Speaker) [Audio Cassette Recording] Austin, Texas: Texas Psychological Association.

## Abstracts

Price, R., Mount, G. & Coles, E. (1986). Neuropsychological Assessment of the Visually Impaired (Abstract). Archives of Clinical Neuropsychology, 1, (1), 65-66.

Price, J. R. & Mount, G. R. (1986). Neuropsychological Assessment of Daily Activities: The Ability to Manage Funds (Abstract). Archives of Clinical Neuropsychology, 1, (3), 276-277.

Hopewell, C. A. & Price, J. R. (1985). Driving after Head Injury (Abstract). Journal of Clinical and Experimental Neuropsychology, 7, 148.

## Manuals

Price, J. R. & Jones, V. S. (1986). The growing years: Study guide for the telecourse, (2nd. ed.). Dallas, TX: Dallas County Community College District Press.

Perkins, D. G. Price, J. R. & Mount, G. R. (1983). Instructor's guide to accompany "Lahey's psychology: An introduction". Dubuque, IA: William C. Brown Publishing Co.

Perkins, D. G., Price, J. R. & Mount, G. R. (1983). Study guide to accompany "Lahey's psychology: An introduction". Dubuque, IA: William C. Brown Publishing Co.

Perkins, D. G., Mount, G. R. & Price, J. R. (1982). Instructor's guide to accompany "Introductory psychology". New York: Random House.

Perkins, D. G., Mount, G. R. & Price, J. R. (1982). Study guide to accompany "Introductory psychology". New York: Random House.

Price, J. R. & Lowe, A. (1981). "Understanding human sexuality": A study guide. Dallas, TX: Dallas County Community College Press.

Zimbardo, P. G., Newton, J. W., Price, J. R., Haney, C. W. & Fraser, S. C. (1980). Instructor's resource book: "Essential of psychology and life". (10th ed.). Glenview IL: Scott, Foresman and Co.

Price, J. R. (1980). The growing years: Study guide for the telecourse. Dallas, TX: Dallas County Community College District Press.

Zimbardo, P. G., Newton, J. W., Price, J. R., Haney, C. W. & Fraser, S. C. (1979). Instructor's resource book to accompany "Psychology and life" (10th ed.). Glenview IL: Scott, Foresman and Co.

Clements. K., Goff, L., Jones, S. & Price, J. R. (1979). Student resource manual for developmental psychology. Washington, DC: National Science Foundation.

Zimbardo, P. G., Newton, J. W., Price, J. R. & Branaman, T. F. (1978). Instructor's resource book to accompany : "Psychology and you": Glenview IL: Scott, Foresman and Co.

Perkins, D. G., Mount, G. R. & Price, J. R. (1978). Student's resource guide to accompany "Psychology and you". Scott, Foresman and Co.

Price, J. R. (1978). The growing years: A student's resource guide for the television course. Dallas, TX: Dallas County Community College District Press.

## Other Writings

Stevens, K. B. & Price, J. R. (2002).  Identification of individuals with mental retardation: Special education and forensic perspectives. Proceedings of the Capital Trial Advocacy and Mental Retardation: *Atkins* and Beyond, The Center for American and International Law, 149-159.

Stevens, K. B. & Price, J. R. (2002).  Detecting malingering and analyzing educational records. Proceedings of the Advanced Expert Witness Course III, State Bar of Texas, Chapter 7, 1-10.

Price, J. R. & Cicerello, A. R. (2001).  Common Juvenile Disorders. Municipal Court Recorder, 10, (3), 5-6.

Price, J. R. (1998) Fast track option: An accelerated associate's degree program. Southern Association of Community, Junior, and Technical Colleges Occasional Paper, 16, (1), 1-4.

Price, J. R. & Stevens, K. B. (1997)  Non-injury Causes of Impaired Neuropsychological Test Scores. Proceedings of the Annual Symposium on Head Injury Claims, The Institute of Psychiatry, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, South Carolina.

Price, J. R. (1992).  Malingering and Symptom Exaggeration. Ohio Association of Civil Trial Attorneys Quarterly, 27, (4), 37-48.

Price, J. R. (1985).  Promoting Sexual Wellness in Head-Injured Patients.  Rehabilitation Nursing, 10, (6), 12-13.

Price, J. R. (1985).  A truly comprehensive exam for introductory psychology. Journal of Polymorphous Perversity, 2, (1).

## PRESENTATIONS

Capital Trial Issues for the Prosecution.  The Center for American and International Law.  Plano, Texas, May 11, 2006 to May 12, 2006.

Mental Health Issues in the Capital Case.  Managing the Capital Case in Texas-Developing the Capital Mindset: A Bootcamp for Texas Judges.  Texas Center for the Judiciary and The National Judicial College.  San Antonio, Texas, May 3, 2006.

Basic Psychological and Psychiatric Concepts for Criminal Practitioners. Texas Criminal Defense Lawyers Association.  Dallas, Texas, April 20, 2003

Conducting Forensic Evaluations in Capital Murder Cases.  Capacity for Justice.  San Antonio, Texas, February 4, 2006.

Psychological and Neuropsychological Injuries.  Trucker's Insurance Defense Association.  Orlando, Florida, February 2, 2006.

Developing a Practice in Forensic Neuropsychology.  Annual Conference of the Clinical Coalition of Practicing Neuropsychologists, Las Vegas, Nevada, January 21, 2006.

Competence Issues with Older Adults: A Legal and Clinical Perspective.  Fourth Annual Geropsychology Symposium, Dallas Psychological Association, Dallas, Texas, May 7, 2005.

Conducting Insanity Evaluations.  Thinking Forensically Seminar, Capacity for Justice, Austin, Texas, April 27, 2005.

Dealing with Difficult and Noncommunicative Defendants.  Thinking Forensically Seminar, Capacity for Justice, Austin, Texas, April 27, 2005.

The Assessment of Disabilities in Legal Matters.  Dallas County District Attorneys Seminar, Dallas, Texas, February 4, 2004.

The Atkins Decision and the Forensic Evaluation of Mental Retardation: Roles for the Neuropsychologist and Special Educator.  (with K.B. Stevens, Ed.D.) National Academy of Neuropsychology Annual Meeting, Dallas, Texas, October 16, 2003.

Experts on Malingering.  Advanced Expert Witness Course III, Texas Bar Association CLE, Houston, Texas, December 12, 2002.

Experts on Malingering.  Advanced Expert Witness Course III, Texas Bar Association CLE, Dallas, Texas, November 21, 2002.

Speical Needs Offenders: Comunnity Supervision of Sex Offenders.  Texas Christian University, Fort Worth, Texas, October 29, 2002.

Identification of Individuals with Mental Retardation: Special Education and Forensic Perspectives.  (with K.B. Stevens, Ed.D.) Capital Trial Advocacy and Mental Retardation—*Atkins* and Beyond.  Presented by The Center for American and International Law at The University of Texas School of Law, Austin, Texas, October 28, 2002.

Minimization and Exaggeration of Symptoms in Forensic Evaluations.  University of Texas Southwestern Medical Center, Forensic Psychiatry

Fellowship Program, Department of Psychiatry, Dallas, Texas, September 24, 2002.

Careers in Forensic Science. Richland College Health Information Days, Richland College, Dallas, Texas, March 26, 2002.

Current Issues in Risk Assessment for School Violence. Special Education Department, Lewisville Independent School District, Lewisville, Texas, February 1, 2001.

Malingering and Symptom Exaggeration. Annual Mental and Emotional Injury Claims Conference and Seminar, The Forensic Network, Jackson Hole, Wyoming, July 23, 2001.

Don't Believe Everything You Think. Turning Points of Life Seminar, Glen Rose, Texas, June 30, 2001.

Clinical-Forensic Psychology: Opportunities for Practice and Research. University of Texas Southwestern Medical Center, Division of Psychology, Dallas, Texas, June 5, 2001.

Neuropsychological Impairment: Death Penalty Mitigation Seminar, Texas Defender Service, Capital Trial Project, SMU Law School, Dallas, Texas, April 28, 2001.

Careers in Forensic Science. Richland College Health Information Days, Richland College, Dallas, Texas, March 26, 2001.

Overview of Psychological Conditions in Juvenile Offenders. Joint Juvenile Justice Program (The Texas Center for the Judiciary, Texas Association of Counties, Texas Justice Court Training Center, Texas Municipal Courts Education Center), Galveston, Texas, January 9. 2001.

Malingering and Symptom Exaggeration. Annual Mental and Emotional Injury Claims Conference and Seminar, The Forensic Network, Las Vegas, Nevada, November 9, 2000.

The Analysis of Educational Records in Brain Injury Cases. Annual Mental and Emotional Injury Claims Conference and Seminar, The Forensic Network, Las Vegas, Nevada, November 10, 2000.

Malingering and Symptom Exaggeration. Annual Mental and Emotional Injury Claims Conference and Seminar, The Forensic Network, Las Vegas, Nevada, November 9, 2000.

Malingering and Symptom Exaggeration. Annual Mental and Emotional Injury Claims Conference and Seminar,The Forensic Network, Key West, Florida, October 19, 2000.

Neuropsychological Report Writing Tradecraft. University of Texas Southwestern Medical Center, Department of Neuropsychology, Dallas, Texas, July 7, 2000.

Developing a Forensic Expertise in Psychology. University of Texas Southwestern Medical Center, Division of Psychology, Dallas, Texas, June 13, 2000.

Malingering in Mild Traumatic Brain Injury Cases. Atlanta Claims Association, Atlanta, Georgia, November 4, 1999.

Malingering in Psychological Injury Cases. Defense Research Institute, Vancouver, British Columbia, August 12, 1999.

Varieties of Emotional Distress. Annual Mental and Emotional Injury Claims Conference and Seminar, The Forensic Network, Santa Fe, New Mexico, August 2, 1999.

Malingering and Symptom Exaggeration. Annual Mental and Emotional Injury Claims Conference and Seminar, The Forensic Network, Santa Fe, New Mexico, August 3, 1999.

Malingering and Symptom Exaggeration and the Americans with Disabilities Act. National Symposium on Psychiatric Disabilities and the EEOC's New Enforcement Guidance under the Americans with Disabilities Act, Washington, D.C., June 23, 1999.

Issues in Forensic Psychology. University of Texas Southwestern Medical Center, Division of Psychology, Dallas, Texas, June 1, 1999.

Issues in Forensic Neuropsychology. University of Texas Southwestern Medical Center, Department of Neuropsychology, Dallas, Texas, May 28, 1999.

Malingering and Exaggeration in Criminal Cases. Tarrant County Criminal District Attorney's Office, Fort Worth, Texas, May 6, 1999.

Ethical and Legal Issues in School Psychology. Lewisville Independent School District, Lewisville, Texas, May 1, 1999.

Malingering in Psychological and Neuropsychological Injury Cases. Defense Research Institute, San Diego, California, November 19, 1998.

Malingering and Symptom Exaggeration. Insurance/Defense Network, Lake Tahoe, Nevada, August 6, 1998.

Forensic Applications of Clinical Psychology. University of Texas Southwestern Medical Center, Division of Psychology, Dallas, Texas, June 9, 1998.

Non-injury Causes of Impaired Neuropsychological Test Scores. Medical University of South Carolina, Charleston, South Carolina, December 5, 1997.

Malingering in Psychological Injury Cases. Defense Research Institute, San Francisco, California, November 20, 1997.

The Detection of Malingering in a Prison Inmate Population. The Federal Correctional Medical Institution at Fort Worth, July 31, 1997.

Malingering and Symptom Exaggeration. Insurance/Defense Network, Jackson Hole, Wyoming, July 25, 1997.

Law and the Psychologist. University of Texas Southwestern Medical Center, Division of Psychology, May, 27, 1997.

Forensic Issues in Neuropsychology: Patient Malingering & Expert Testimony. Fort Worth Neuropsychological Society, Fort Worth, Texas, May 3, 1997.

Careers in Forensic Science. Richland College Health Careers Conference, Richland College, Dallas, Texas, April 2, 1997.

Symptom Exaggeration in Worker's Compensation Claims. SEAK, Inc., San Francisco, California, March 6, 1997.

Learning Disabilities and Attention Deficit Disorder: Symptom Minimization and Exaggeration. Lewisville Independent School District, Lewisville, Texas, February 2, 1997.

Non-injury Causes of Abnormal Neuropsychological Test Scores. Insurance/Defense Network, Hilton Head, South Carolina, November 21, 1996.

Malingering in Psychological Injury Cases. Defense Research Institute, Chicago, Illinois, November 15, 1996.

Malingering and Symptom Exaggeration. Insurance/Defense Network, Breckenridge, Colorado, July 19. 1996.

Syndrome Evidence in Criminal Cases. Tarrant County Criminal Defense
Lawyer's Association, Ft. Worth, Texas, April 25, 1996.

Battered Spouse Syndrome Evidence in Criminal Cases. Texas District &
County Attorneys Association, Dallas, Texas, March 28, 1996

Malingering in Psychological Injury Cases. Defense Research Institute, New
Orleans, Louisiana, November 17, 1995.

Preparation and Presentation of Evidence of Malingering. The Dallas-Fort
Worth Forensic Psychology Discussion Group, Dallas, Texas, November 8,
1995.

Careers in Forensic Science. Richland College Health Careers Day, Dallas,
Texas, November 8, 1995.

Identification of Malingering and Symptom Exaggeration. National Academy
of Neuropsychology, San Francisco, California, November 4, 1995.

Neuropsychological Assessment of Malingering. Louisiana State University,
Baton Rouge, Louisiana, June 10, 1995.

Legal Issues in Psychological Report Writing. Dallas/Fort Worth Regional
Association for School Psychologists, Lewisville, Texas, November 18, 1994.

Syndrome Evidence. Tarrant County District Attorneys, Fort Worth, Texas,
February 2, 1995.

Malingering in Mental Disorder Cases. Defense Research Institute, San
Diego, California, November 11, 1994.

Neuropsychological Assessment of Malingering. National Academy of
Neuropsychology, Orlando, Florida, November 4, 1994.

Sharpening the Administrative Law Judge's Writing Skills: Decisions
Involving Symptom Exaggeration and Malingering. International Worker's
Compensation College, University of Arizona, Tucson, Arizona, April 19,
1994

Malingering: A Discussion of Diagnostic Signs and Related Issues.
Department of Rehabilitation Science, The University of Texas Southwestern
Medical Center, Dallas, Texas, April, 27, 1994

Malingering in Mental Disorder Cases. North Louisiana Defense Lawyers'
Seminar, Shreveport, Louisiana, January 28, 1994.

Implications of Daubert v. Dow for Neuropsychological Expert Testimony
Susquehanna Valley Neuropsychological Group, Wilkes-Barre Township,
Pennsylvania, November 19, 1993.

The Role of Neuropsychological Evidence in Criminal Violence Cases. Office
of the State Public Defender, Vail, Colorado, September 11, 1993.

Non-Physical Stress Injuries and Mental Claims. Worker's Compensation
Practice Group, American Law Firm Association, Atlanta, Georgia, June, 17,
1993.

Review of Records in Forensic Neuropsychological Assessment. Lees-Haley
Corporation, Encino, California, March 12, 1993.

Sexuality Following Closed Head Injury. John Heinz Institute of
Rehabilitative Medicine, Wilkes-Barre Township, Pennsylvania, February 19,
1993.

Grand Rounds: Accelerating Head Injuries. Susquehanna Valley
Neuropsychological Group, Wilkes-Barre Township, Pennsylvania, February
19, 1993.

Using and Understanding Neuropsychological Testing. The Arizona Capital
Representation Project, Arizona State University College of Law, Tempe,
Arizona, December, 11, 1992.

Malingering in Mental Disorder Cases. Defense Research Institute, Boston,
Massachusetts, October 15, 1992.

Child Sexual Abuse Allegations in Custody Disputes. SEAK Legal and
Medical Continuing Education, Hyannis, Massachusetts, August 20, 1992.

The Role of the Psychologist in Social Security Disability Cases. Dallas
Association of Social Security Claimants; Attorneys, Dallas, Texas, July 15,
1992.

Malingering and Symptom Exaggeration. Ohio Association of Civil Trial
Attorneys, Columbus, Ohio, May 9, 1992.

The Psychological Evaluation of Police Officer Candidates. Texas-New
Mexico Association of College and University Police Departments, Dallas,
Texas, December 4, 1991.

Medicolegal Aspects of Symptom Exaggeration and Malingering: A Clinical Update. John Heinz Institute of Rehabilitative Medicine, Wilkes-Barre Township, Pennsylvania, November 21, 1991.

Grand Rounds: Neuropsychological Sequella of Candida Meningitis. Susquehanna Valley Neuropsychological Group, Wilkes-Barre Township, Pennsylvania, November 22, 1991.

Malingering in Mental Disorder Cases. Defense Research Institute, San Diego, California, November 7, 1991.

Symptom Exaggeration and Malingering. National Association of Disability Examiners, Austin, Texas, October 11, 1991.

The Neuropsychology of Criminal Behavior. Maricopa County Public Defenders Office, Phoenix, Arizona, May 3, 1991.

Confronting the Malingerer. North Texas Behavioral Science Foundation, Denton, Texas, April 20, 1991.

Current Trends in the Clinical Assessment of Malingering, Distortion, and Symptom Exaggeration. Psychological Seminars, Inc., Clearwater Beach, Florida, March 20, 1991.

Malingering. East Texas Psychological Association, Tyler, Texas, March 8, 1991.

Autoerotic Asphyxia. Texas Junior College Teacher's Association, Dallas, Texas, February 23, 1991.

Colloquium: Forensic Psychology and Death Penalty Cases. Graduate Association of Students in Psychology at the University of North Texas, Denton, Texas, December 7, 1990.

Clinical Assessment for the Detection of Malingered Amnesia. National Academy of Neuropsychology, Reno, Nevada, November 2, 1990.

Neuropsychological Correlates of Criminality. The Society of Police and Criminal Psychology, Albuquerque, New Mexico, October 18, 1990.

Taking the Mystery Out of Neuropsychological Reports. Association on Handicapped Student Service Programs in Postsecondary Education, Nashville, Tennessee, August 2, 1990.

Detection of Deception and Distortion During Interview and Interrogation. University of New Mexico Conference for Criminal Justice Professionals, Albuquerque, New Mexico, August 15, 1990.

Forensic Psychology. Collin County Community College, Plano, Texas, April 3, 1990.

Developments in Psychological Evaluation for Malingering and Symptom Exaggeration: A Clinical Update. Psychological Seminars, Inc., Clearwater Beach, Florida, March 21, 1990.

Evaluation for Symptom Exaggeration and Malingering in a Prison Inmate Population (with Jan M. DeLipsey). Texas Department of Criminal Justice, Huntsville, Texas, December 8, 1989.

Intervention Solutions: Resistant and Defensive Clients (with Jan M. DeLipsey). Texas Department of Criminal Justice, Huntsville, Texas, December 8, 1989.

Mediolegal Aspects of Symptom Exaggeration and Malingering. John Heinz Institute of Rehabilitative Medicine, Wilkes-Barre, Pennsylvania, November 16, 1989.

Clinical Assessment of Malingering and Deception. Texas Psychological Association, Houston, Texas, November 4, 1989.

Psychological Evaluations in Death Penalty Cases. The Society of Police and Criminal Psychology, Savannah, Georgia, October 20, 1989.

Developments in Psychological Evaluation for Malingering and Symptom Exaggeration: A Clinical Update. Psychological Seminars, Inc., Clearwater Beach, Florida, March 22, 1989.

Emotional Issues Following Head Injury. Dallas Rehabilitation Institute, Dallas, Texas, March 4, 1989.

Psychological Evaluation of Malingering. Texas Psychological Association, Austin, Texas, November, 12, 1988.

Evidence of Disability for Claimants Under Age 50. National Organization of Social Security Claimants' Representatives, Dallas, Texas, June 3, 1988.

Evaluation for Psychological Distortion, Deception and Malingering. Psychological Seminars, Inc., Clearwater Beach, Florida, March 9, 1988.

Neuropsychological Assessment of Malingering and Factitious Disorders.
Dallas Rehabilitation Institute, Dallas, Texas, March 5, 1988.

Evaluation for Psychological Distortion, Deception and Malingering.
Psychological Seminars Inc., San Diego, California, January, 17, 1988.

Evaluation for Psychological Distortion, Deception and Malingering.
Psychological Seminars Inc., Orlando, Florida, November 15, 1987.

Evaluation for Psychological Distortion, Deception and Malingering.
Psychological Seminars Inc., Dallas, Texas, October, 18, 1987.

Sexual Issues: Round Table Discussion. Texas Head Injury Association,
Houston, Texas, August 9, 1987.

Evaluation for Psychological Distortion, Deception and Malingering.
Psychological Seminars Inc., Orlando, Florida, March 20, 1987.

Legal Responsibilities and the Mental Health Professional. The American
Academy of Behavioral Medicine, Irving, Texas, November 15, 1986.

Combined Effects of Physical and Mental Impairments (with Carl M.
Weisbrod). National Organization of Social Security Claimants'
Representatives, St. Louis, Missouri, October 30, 1986.

Neuropsychology of Daily Functioning: The Ability to Manage Funds.
National Academy of Neuropsychology, Las Vegas, Nevada, October 28,
1986.

Psychology: Present and Future Focus (with George Mount & Dan Perkins).
Social Science Association, San Antonio, Texas, October 25, 1986.

Neuropsychological Assessment of the Visually Impaired (with G. R. Mount
and E. A. Coles). National Academy of Neuropsychology, Philadelphia,
Pennsylvania, October, 1985. (Poster)

The Effects of Head Injury on the Ability to Operate a Motor Vehicle (with C.
A. Hopewell). National Academy of Neuropsychology, Philadelphia,
Pennsylvania, October, 1985. (Poster)

Sexuality Following Traumatic Brain Injury. The University of Texas Medical
School at Houston, Houston, Texas, May 31, 1985.

Neuropsychological Impairment Following Autoerotic Asphyxia (with C. A.
Hopewell). National Academy of Neuropsychology, San Diego, California,
October 26, 1984. (Poster)

Promoting Sexual Wellness In Head Injured Patients.  Association of
Rehabilitation Nurses, Cincinnati, Ohio, October 21, 1984.

Sexual Physiology and Rehabilitation Nursing.  Baylor Institute for
Rehabilitation, Dallas, Texas, July 26, 1984.

Sexual Adjustment Following Head Trauma.  Baylor University Medical
Center, Dallas, Texas, May 11, 1984.

Behavior Modification with Head-Injured Patients.  Swiss Avenue Hospital,
Dallas, Texas, September, 30, 1983.

Rational Administration with an Irrational Faculty (with S. E. Ellis).
Academic Council of Richland College, Dallas, Texas, October, 1983.

Revised July 24, 2006

*Note: Professional qualifications and affiliations are subject to frequent revision.   While
this curriculum vitae reflects the author's best knowledge as of the date of composition,
direct contact is encouraged regarding any information or questions about changes in
current status.*

IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FILIBERTO ROBLES ALVARADO, | § | |
| JOEL CASTILLO, JAVIER CHAVEZ- | § | |
| CIPRIANO, JESUS CHAVEZ-CIPRIANO, | § | |
| FELICIANO CURIEL GIL, OSCAR | § | |
| ESPINOZA, GERARDO GUZMAN, | § | |
| ELEAZAR HERNANDEZ GIL, DAVID | § | |
| MALDONADO, JOSE ANGEL | § | |
| MALDONADO, MIGUEL ANGEL PAZ, | § | CIVIL ACTION NO. H-06-CV-02113 |
| PEDRO PAZ ESTRADA, ISAAC PENA | § | |
| RAMIREZ, WINGER RAMOS and | § | |
| JOEL SIXTOS SALVADOR | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| SHIPLEY DONUT FLOUR & SUPPLY | § | |
| CO., INC. d/b/a SHIPLEY DO-NUTS | § | |
| | § | |
| Defendant. | § | |

# APPENDIX 2

# Record of Expert Testimony
# J. Randall Price, Ph.D.

J. Randall Price, Ph.D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
Tel:   (214) 644-8686
FAX: (214) 644-8687

## 2007 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|----------------|--------------------|-------------------|-------------------|
| 2/6/07 | Daniel Miller v. Irving Police Department | Civil | Dallas County, TX | Civil Service Hearing | Bob Baskett | Plaintiff | |
| 2/7/07 | State of Texas v. James Allen Grove | Criminal | Young County, TX | Trial | Stephen Bristow Young County Prosecutor's Office | State | |
| 6/22/07 | State of Texas v. Adam Kelly Ward | Criminal | Hunt County, TX | Trial | Dennis Davis Greenville, TX | Defense | |
| 7/6/07 | State of Texas v. Carol Noack-Davis | Criminal | Collin County, TX | Trial | Bill Pederson McKinney, TX | Defense | |

**J. Randall Price, Ph.D.**
**1221 Abrams Rd., Suite 109**
**Richardson, Texas 75081**
**Tel:   (214) 644-8686**
**FAX: (214) 644-8687**

## 2006 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|----------------|--------------------|-------------------|------------------|
| 1/25/06 | Lauren Records | Civil | Dallas County, TX | Deposition | George Boll Juneau Boll Law Firm | Plaintiff | |
| 2/16/06 | State of Texas v. Stephen Staley | Criminal | Tarrant County, TX | Competency Hearing | Charles Mallin Tarrant County Prosecutor's Office | State | |
| 6/22/06 | Richard Friedman v. Chubb Lloyds Ins. Co. of Texas, et al. | Civil | Dallas County, TX | Competency Hearing | Laura Schmidt Downs & Stanford Law Firm | Defendant | |
| 6/27/06 | State of Texas v. Carl Baker | Criminal | Johnson County, TX | Competency Hearing | Court Appointed: Judge John E. Neil | n/a | |
| 7/17/06 | Ex Parte Kenneth Wayne Thomas, Cause No. W86-85539-M(B) | Criminal | Dallas County, TX | Post-Conviction Hearing | Kim Schaefer Dallas County Prosecutor's Office | State | |

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|---|---|---|---|---|---|---|---|
| 8/31/06 | State of Texas v. Guiseppe Acardi, Cause No. 380-82500-05 | Criminal | Collin County, TX | Competency Hearing | Court Appointed: Judge Charles Sandoval 380th District Court | n/a | |
| 9/18/06 | State of Texas v. James Eugene Bigby Cause No. 0329813D | Criminal | Tarrant County | Trial | Alan Levy Tarrant County Prosecutor's Office | State | |
| 9/29/06 | In Re: The Commitment of Wesley Wayne Miller, Cause No. 06-02-01871-CV | Civil | Montgomery County, TX | Deposition | Joey Robertson State of Texas Special Prosecutor's Office | State | |
| 10/24/06 | In Re: The Commitment of Wesley Wayne Miller, Cause No. 06-02-01871-CV | Civil | Montgomery County, TX | Trial | Joey Robertson State of Texas Special Prosecutor's Office | State | |
| 11/15/06 | Derrill Dolvin, et al v. General Motors Corporation, Cause No. 05-10555 | Civil | Dallas County, TX | Deposition | Jason Fagelman Fulbright & Jaworksi Law Firm | Defendant | |

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|----------------|--------------------|-------------------|------------------|
| 11/30/06 | Adam Frederick Sasser and Kerri Hoffer v. Trader's Village, Ltd. | Civil | Dallas County, TX | Deposition | Kelly Frazier Sedgwick, Detert, Moran & Arnold, LLP | Defendant | |

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 2005 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testi-mony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|-----------------|--------------------|-------------------|------------------|
| 6/21/05 6/22/05 | Ex Parte Elkie Lee Taylor | CRI | Tarrant Co., Texas | H | Mike Casillas ADA, Tarrant County, Texas | PR | |
| 6/24/05 | Lori Baki v. Budge Suites In the Northern District Federal Court | T | Grayson County | T | Steve Stefani Las Vegas, NV | DE | |
| 7/20/05 7/21/05 | United States v. Edward Leon Fields Case No. CR-03-73-WH | CRI | Muskogee, OK | T | Sheldon Sperling, USAO | PR | |
| 7/21/05 | State of Texas v. Martin Craig Fleece | CRI | Tarrant Co., Texas | H | Larry Moore | DE | |
| 10/17/05 | Monica McKinney v. Oklahoma Tank Lines, et al, Cause No. 03-10784 | CIV | Dallas Co., Texas | T | Craig Crafton of Burt Barr & Assoc. | DE | |
| 12/9/05 | State of Texas v. William Charles Denton, Cause No. B-13,723 | CRI | Henderson County, TX | T | James L. Guinan | DE | |

Case Type:        CRI=Criminal,   CIV=Civil,       Fam=Family
Testimony Type:   T=Trial,        D=Deposition,    H=Hearing
Party Represented: DE=Defense,     PL=Plaintiff,    PR=Prosecution,   MO=Mother,   FA=Father,   OT=Other

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 2004 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|----------------|--------------------|-------------------|-------------------|
| 1/14/04 | Billy Don Riddle v. Yellow Freight Systems, Inc. and Bruce B. Pinkham | CIV | Dallas County, Texas | D | Bradley Dickinson | DE | |
| 1/29/04 | Billy Don Riddle v. Yellow Freight Systems, Inc. and Bruce B. Pinkham | CIV | Dallas County, Texas | T | Bradley Dickinson | DE | |
| 2/3/04 | United States v. Sherman Lamont Fields, Cause No. W-01-CR-164 (1) | CRI | McClellan County, Texas | T | Robert T. Swanton | DE | |
| 3/16/04 | Deborah Cantwell, et al v. Cantex Management Corporation Scanlin Trust 1989 Trust, et al | CIV | Tarrant County, Texas | D | Randy Walters Touchstone Bernays | DE | |
| 4/26/04 | Kimberly Hollenshead Wallace vs. Daniel Lockard, Jr., M.D., P.A., et al Cause No. 342-191695-02 | CIV | Tarrant County, Texas | D | Dan McDonald McDonald, Hoch & Anderson, L.L.P. Fort Worth, TX | PL | |
| 5/6/04 | The Commitment of Zachery Halsell, Cause No. 04-01-00365-CV, In the 410th District Court | CIV | Montgomery County, Texas | D | Jay MacDonald, State Council for Offenders | DE | Sexually Violent Predator Commitment |

| Date | Case | Type | County | | Party Represented | |
|---|---|---|---|---|---|---|
| 5/18/04 | State of Texas v. Allen Fitzgerald Calton, Cause No. 0843168D, In the 213th District Court of Tarrant County | CRI | Tarrant County, Texas | T | David C. Hagerman, ADA, Tarrant Co. District Attorney's Office | PR |
| 6/7/04 | United States v. Lawrence Hundley, Cause No. 3:03-CR-242N | CRI | Dallas County, Texas | T | Ric Russell Prospere & Russell Dallas, Texas | DE |
| 6/10/04 | State of Texas v. Alberto Valdez | CRI | Corpus Christi, Texas | H | Jeffrey Levinger | DE |
| 7/21/04 | Monica McKenney Cause No. 03-10784 | CIV | Dallas County, Texas | D | Craig Crafton of Burt Barr & Assoc. | DE |
| 9/23/04 | State of Texas v. Reginald Perkins, Cause No. C-371-006735-0790106-A | CRI | Tarrant County, Texas | H | Kevin Rousseau of Tarrant County District Attorney's Office | PR |
| 9/27/04 | State of Texas v. David Bracher | CRI | Dallas County, Texas | T | Reed Prospere | DE |
| 10/7/04 | Rhonda Wills v. Vinson & Elkins Law Firm, Cause No. H-03-2195 | CIV | Harris County, Texas | D | Diana Marshall of the Marshall Law Firm | DE |
| 11/22/04 | The State of Texas v. Billy Jack Ford Cause No. 296-80803-3 | CRI | Collin County, Texas | H | Curtis Howard Assistant District Attorney, Collin County, Texas | PR |

Case Type:   CRI=Criminal,   CIV=Civil,   Fam=Family

Testimony Type:   T=Trial,   D=Deposition,   H=Hearing

Party Represented:   DE=Defense,   Pl=Plaintiff,   PR=Prosecution,   MO=Mother,   FA=Father,   OT=Other

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 2003 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|----------------|--------------------|-------------------|------------------|
| 1/14/03 | State of Texas v. Doyle Moncier, Cause No. 199-80051-02, 401st District Court of Collin County, Texas | CRI | Collin County, Texas | T | Curtis Howard, Asst. Dist. Attorney, Collin County, Texas | PR | Competency to Stand Trial |
| 2/28/03 | Debora Brooks vs. Big Daddy Wrecker, Inc., et al | CIV | Wise County | D | Melinda Huff Miller & McCarthy, P.C. | DE | |
| 4/16/03 | Richard Yates v. Billy Jim Bevard and El Dorado Motors, Inc., d/b/a El Dorado Chevrolet/GEO, Cause No. 401-223-02 | CIV | Dallas County | D | Laura Schmidt, Downs & Stanford, P.C. | DE | |
| 7/24/03 | State of Oklahoma v. Barney Marshall | CRI | Oklahoma County | H | Bryan Dupler Oklahoma IDS | DE | |
| 8/13/03 | In RE: The Commitment of Timothy Rosales | CIV | Conroe, Texas | T | Etta Warman State Counsel for Offenders Huntsville, Texas | DE | |
| 8/18/03 | State of Texas v. Dwayne Goodrich | CRI | Dallas, Texas | T | Reed Prospere Dallas, Texas | DE | |
| 9/3/03 | State of Oklahoma v. Maximo Salazar | CRI | Lawton, Oklahoma | T | Bryan Dupler Oklahoma IDS | DE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/30/03 | State of Texas v. Travis Jerome Johnson, Cause 03-05-03489-CV | CIV | Conroe, Texas | D | Joey Robertson, Special Prosecution Unit, Civil Division, Huntsville, Texas | PR |
| 11/4/03 | State of Texas v. Travis Jerome Johnson, Cause 03-05-03489-CV | CIV | Conroe, Texas | T | Joey Robertson, Special Prosecution Unit, Civil Division, Huntsville, Texas | PR |
| 11/6/03 | State of Texas v. Cody Terry, Cause No. F36893 In the 18th Judical Court of Johnson County | CRI | Johnson County | T | | Court Appointed by Judge John E. Neill, 18th Judicial Court, Johnson County, Cleburne, Texazs |

Case Type:      CRI=Criminal,    CIV=Civil,    Fam=Family
Testimony Type:     T=Trial,     D=Deposition,    H=Hearing
Party Represented:   DE=Defense,    PI=Plaintiff,   PR=Prosecution,   MO=Mother,   FA=Father,   OT=Other

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

2002 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testi-mony Type | Retaining Attorney | Attorney's Client | Other Information |
|---|---|---|---|---|---|---|---|
| 2/11/02 | Katrina Franklin vs. Dawn Rachelle Brand | CIV | Parker County, Texas | D | Randall G. Walters Touchstone Bernays Law Firm, Dallas, Texas | DE | |
| 2/13/02 | United States v. Michael Bolinsky | CRI | Lamar County, Texas | H | Cheryl B. Wattley | DE | |
| 2/19/02 | Kenny Marchant, et al. v. The General Board of the Church of the Nazarene, et al. | DIV | Kansas City, Mo. | D | John Howie of Howie & Sweenie | PL | |
| 2/25/02 | Raveonee Showers, Willie A. Showers, Individually and Next Friend of Willie Showers and Eldridge Showers, minor children, Kim Butler and Willie Moone vs. Walter Clinton Marburger, Arrow Trucking Company and Does 1 through 3, Dallas County Court at Law Number Three | CIV | Dallas Co., Tx | D | Melinda Huff Dehay & Elliston | DE | |

| Date | Case | CIV/CRI | County | | Attorney | PL/DE/NA | Notes |
|---|---|---|---|---|---|---|---|
| 2/25/02 | Mitch Pereski and Jane Pereski v. Ihsan Shanti, M.D., & David Suchowiecky, M.D., Cause No. 2000-6568, 125th Judicial District Court, Harris County, Texas | CIV | Harris Co., Tx | D | Melissa Romine | PL | |
| 4/10/02 4/11/02 | Raveonne Showers, Willie A. Showers, Individually and Next Friend of Willie Showers and Eldridge Showers, minor children, Kim Butler and Willie Moone vs. Walter Clinton Marburger, Arrow Trucking Company and Does 1 through 3, Dallas County Court at Law Number Three | CIV | Dallas Co., Tx | T | Melinda Huff Dehay & Elliston | DE | |
| 6/26/02 | State of Texas v. Johnny Paul Penry, 258th Judicial District Court | CRI | Polk Co. | T | Paul, Weiss, Rifkind, Wharton & Garrison | DE | |
| 7/17/02 | State of Texas v. Wayne Kenneth Huggler | CRI | Collin Co. | H | Peter Barret | DE | |
| 7/24/02 | In the matter of Macie Bean, SSN 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 | CIV | Dallas Co., Texas | H | Judge Dewey Stark, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 7/25/02 | State of Texas v. Ronald Means | CRI | Linestone Co. Texas | T | Reed Jackson | DE | |
| 8/1/02 | Nadine McBride, et al v. Fabian Cardenas, et. al | CIV | Dallas Co., Texas | D | Tom Stollenwerck Touchstone Bernays Law Firm | DE | |
| 8/6/02 | State of Texas v. Christopher Chad Britton | CRI | Potter Co. | T | Warren L. Clark | DE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/26/02 | In the matter of Deidria L. Ellington, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/28/02 | In the matter of Janet L. Levels, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/28/02 | In the matter of Troy D. Pate, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/28/02 | In the matter of Makiala Emanuel, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/28/02 | In the matter of Jack Johnson, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| 8/29/02 | In the matter of John Lewis Walker, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/29/02 | In the matter of Marilyn s. Bost, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/29/02 | In the matter of Sharrion D. Locke, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/30/02 | In the matter of Sheron N. Day, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/30/02 | In the matter of Julie Graham, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| 8/30/02 | In the matter of Debra K. Kelsey, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/18/02 | In the matter of Dianna Williams, SSN 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 | CIV | Dallas Co., Texas | H | Judge James W. Kerr, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/18/02 | In the matter of Anthony D. Walker, SSN 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 | CIV | Dallas Co., Texas | H | Judge James W. Kerr, ALJ, Office of Hearings and Appeals, Social Security Administration | | Court Appointed |
| 12/19/02 | In the matter of Debbie Ramirez, SSN 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 | CIV | Dallas Co., Texas | H | Judge James W. Kerr, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/19/02 | In the matter of David Halsell, SSN 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 | CIV | Dallas Co., Texas | H | Judge Truett M. Honeycutt, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

Case Type:            CRI=Criminal,    CIV=Civil,      Fam=Family
Testimony Type                         D=Deposition,   H=Hearing
Party Represented:    DE=Defense,      Pl=Plaintiff,   PR=Prosecution,   MO=Mother,   FA=Father,   OT=Other

T=Trial,

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 2001 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|----------------|--------------------|--------------------|------------------|
| 1/31/01 | Nancy Price v. The City of Terrell, Texas | CIV | Dallas Co., Texas | T | Marigny A. Lanier, Maris & Lanier Law Firm | DE | |
| 2/8/01 | In the matter of Theresa Little, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond Dockery, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 2/8/01 | In the matter of Kathryn J. Wright, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond Dockery, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 2/9/01 | In the matter of Margaret A. Morgan, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond Dockery, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| Date | Case | Type | Location | H/T | Judge/Attorney | Status | Notes |
|---|---|---|---|---|---|---|---|
| 2/9/01 | In the matter of Chase M. Grant, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond Dockery, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 2/26/01 | State of Texas v. Quintin Jones Cause No. 0744493 | CRI | Tarrant Co., Texas | T | Christy Jack, ADA, Tarrant Co. | PRO | |
| 6/13/01 | In the matter of Patricia Jarrell, SSN 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 | CIV | Dallas Co., Texas | H | Judge John Morgan, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 6/13/01 | In the matter of Richard Hendricks, SSN 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 | CIV | Dallas Co., Texas | H | Judge John Morgan, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 6/21/01 and 6/26/01 | Sosanma Varghese v. Parkland Memorial Hospital, Cause No. DV98-09887-L | CIV | Dallas Co., Texas | T | Marigny A. Lanier of Maris & Lanier, Dallas, | DE | |
| 9/4/01 | In the matter of Jimmy d. Gwin, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher L. Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/5/01 | In the matter of E. J. Thompson, Jr., SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher L. Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 9/5/01 | In the matter of Paula C. Vivian, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher L. Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 9/7/01 | In the matter of William T. Bunnell, SSN 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 | CIV | Dallas Co., Texas | H | Judge Christopher L. Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 10/30/01 | Benjamin Bettis v. Target Corporation and Dynacraft Industries, Inc., Cause No. 2-01CV-068 | CIV | Tarrant County, Texas | D | Missy Leon, DeHay & Elliston, Dallas, Texas | DE | |
| 11/19/01 | Barbara Webster v. Bass Enterprises Production Co., Inc., Cause No. 3-00-CV-2109-M | CIV | Dallas County, Texas | D | Chris Howe of Kelly, Hart & Hallman | DE | |
| 11/30/01 | In the matter of Monica A. Jefferson, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond J. Malloy, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| Date | Case | Case Type | Location | Testimony Type | Judge/Attorney | Party Represented | |
|---|---|---|---|---|---|---|---|
| 11/30/01 | In the matter of Randall Nulisch, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond J. Malloy, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/30/01 | In the matter of Janet Richardson, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond J. Malloy, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/30/01 | In the matter of Richard Fine, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond J. Malloy, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/30/01 | In the matter of Donald R. Houston, SSN 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 | CIV | Dallas Co., Texas | H | Judge Raymond J. Malloy, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/11/01 | Nathan Bollinger, et al. v. Nationwide Mutual Insurance Co., Cause No. 2000-60141 | CIV | Dallas County, Texas | D | Terry Grewing, Houston, TX | DE | |
| 12/19/01 | Luis Aguilar et al v. Harmon Cooling Towers, Cause No. 2000-347 | CIV | Dallas County, Texas | D | Tom Stollenwerck of Touchstone, Bernays, Johnston, Beall & Smith | DE | |

Case Type:          CRI=Criminal,       CIV=Civil,          Fam=Family
Testimony Type:     T=Trial,            D=Deposition,       H=Hearing
Party Represented:  DE=Defense,         PL=Plaintiff,       PR=Prosecution,     MO=Mother,      FA=Father,      OT=Other

Price  042

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686    FAX: (214) 644-8688

## 2000 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testi-mony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|-----------------|--------------------|-----------------|------------------|
| 1/17/00 | Marjie Lucas vs. Rumco, Inc., Jimmy Earl Parks and Drew Robert Brown, Cause No. 96-30493-211 | CIV | Denton Co., Texas | D | Tom Stollenwerck of Touchstone, Bernays, Johnston, Beall & Smith, Dallas, Texas | DB | |
| 1/25/00 | In the matter of David Whitaker, SSN 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 | CIV | Dallas Co., Texas | H | Judge Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 1/25/00 | In the matter of Darby McVay, SSN 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 | CIV | Dallas Co., Texas | H | Judge Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 1/26/00 | In the matter of Laurel E. Lear, SSN 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 | CIV | Dallas Co., Texas | H | Judge Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| | | | | | |
|---|---|---|---|---|---|
| 2/15/00 | In the matter of Arthur K. Blackburn, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 2/15/00 | In the matter of Albertina Jackson, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 2/15/00 | In the matter of Tammie Munoz, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 2/16/00 | Sosamma Varghese v. Parkland Memorial Hospital, Cause No. DV98-09887-L | CIV | Dallas Co., Texas | D | Marigny A. Lanier of Maris & Lanier, Dallas, Texas | DE | |
| 2/22/00 | State of Texas v. Michael Wayne Hall | CRI | Tarrant Co., Texas | P | Alan Levy, Chief Prosecutor, District Attorney of Tarrant County | PR | |
| 3/10/00 | In the matter of Shawna Michelle Winters, SSN 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 | CIV | Dallas Co., Texas | H | Judge John L. Burke, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| 3/10/00 | In the matter of Martha Stevens, SSN 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 | CIV | Dallas Co., Texas | H | Judge John L. Burke, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 3/1000 | In the matter of Andrew Lane, SSN 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 | CIV | Dallas Co., Texas | H | Judge John L. Burke, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 3/21/00 | In the matter of Andra L. Need, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 3/21/00 | In the matter of Linda Coleman, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 4/11/00 | Rodney Coonrod and Kathy Coonrod vs. Bar Constructors, Inc., Cause No. DV98-04185-C | CIV | Dallas County, Texas | D | Doulas D. Fletcher of Fletcher & Springer, L.L.P., Dallas, Texas | DE | |
| 4/28/00 | Clara Thompson v. Rreef Management Co. & John A. Arnold, Inc., Cause No. 97-9258 | CIV | Dallas County, Texas | D | Robert Walls of Stanford & Walls, Dallas, Texas | DE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/11/00 | In the matter of Michael Bratton, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 7/11/00 | In the matter of Ronald Dale Kinney, SSN 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 | CIV | Dallas Co., Texas | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 7/12/00 | In the matter of Franklin Fullerman, SSN 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 | CIV | Dallas Co., Texas | H | Judge R. Tentori, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 7/12/00 | In the matter of Carol J. Pritchett, SSN 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 | CIV | Dallas Co., Texas | H | Judge R. Tentori, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/22/00 | In the matter of Creshuna Rene Crockett, SSN 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 | CIV | Dallas Co., Texas | H | Judge R. E. Dockery, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 8/30/00 | Rodney Conrod and Kathy Conrod vs. Bar Constructors, Inc., Cause No. DV98-04185-C | CIV | Dallas Co., Texas | T | Doulas D. Fletcher of Fletcher & Springer, L.L.P., Dallas, Texas | DE | |

| 9/22/00 | State of Texas v. Richard Lee Franks | CRI | Tarrant Co., Texas | T | Greg Miller, Assistant District Attorney, Tarrant County Criminal District Attorney's Office | PR | |
| 11/6/00 | In the matter of Ruthie L. Knight, SSN 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 | CIV | Dallas Co., Texas | H | Judge C. F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/6/00 | In the matter of Betty Beard, SSN 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 | CIV | Dallas Co., Texas | H | Judge C. F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/6/00 | In the matter of Kenneth P. Gray, 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 | CIV | Dallas Co., Texas | H | Judge C. F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/6/00 | In the matter of Virginia Garrett, SSN 457094-9210 | CIV | Dallas Co., Texas | H | Judge C. F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/6/00 | In the matter of Darlene Hallock, SSN 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 | CIV | Dallas Co., Texas | H | Judge C. F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/1/00 | In the matter of Doncaye Star Elston, SSN 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 | CIV | Dallas Co., Texas | H | Judge R. E. Dockery, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/1/00 | In the matter of Barbara Manke, SSN 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 | CIV | Dallas Co., Texas | H | Judge R. E. Dockery, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/1/00 | In the matter of David Owen Glenn, SSN 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 | CIV | Dallas Co., Texas | H | Judge R. E. Dockery, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/15/00 | In the matter of Christie J. Higgs, SSN 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 | CIV | Dallas Co., Texas | H | Judge C. L. Williams, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/19/00 | In the matter of Gloria D. Rice, SSN 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 | CIV | Dallas Co., Texas | H | Judge James R. Blinn, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/19/00 | In the matter of Sherial D. Metcalf, SSN 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 | CIV | Dallas Co., Texas | H | Judge James R. Blinn, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 12/19/00 | In the matter of Sharita C. Baker, SSN 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 | CIV | Dallas Co., Texas | H | Judge James R. Blinn, Jr., ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

Case Type:           CRI=Criminal,   CIV=Civil,   Fam=Family
Testimony Type:     T-Trial,   D=Deposition,   H-Hearing
Party Represented:  DE=Defense,   PL=Plaintiff,   PR=Prosecution,   MO=Mother,   FA=Father,   OT=Other

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 1999 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testi-mony Type | Retaining Attorney | Attorney's Client | Other Information |
|---|---|---|---|---|---|---|---|
| 2/5/99 | In the matter of Richie Stevens (SSN 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) | CIV | Dallas Co. | H | Judge Adolfo Vela, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointment |
| 2/5/99 | In the matter of L. Paskin (SSN 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) | CIV | Dallas Co. | H | Judge Adolfo Vela, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointment |
| 3/1/99, 3/2/99 | Russell and Catherine Reiker v. Walmart Stores, Inc., Cause No. CIV 97-0028 PHX-LOA, United States District In And For The District of Arizona | CIV | Az. | T | William Luckett Clarksdale, Miss. | DE | |
| 6/22/99 | State of Texas v Alberto Valdez, United States District Court for the Southern District of Texas, Corpus Christi Division | CRI | TX | H | William Underwood, Baylor School of Law & Jeff Levinger | DE | |

| | | | | | |
|---|---|---|---|---|---|
| 6/29/99 | Amos Langford Wedgeworth and Doris Wedgeworth vs. Louisiana Patient's Compensation fund, et al, CIV No. 426,502-A, First Judicial District Court, Caddo Parish, Louisiana | CIV | LA | D | Edmund Thomas, Shreveport, LA |
| 6/30/99 | Harvey Gene Bradley and Lois A. Bradley v. Basis Petroleum, Inc. and Serv-Tech, Inc., Cause No. 96-CV-0980, District Court of Galveston County, 10th Judicial District, Galveston, Texas | CIV | TX | D | Rob Gloyna of the Law Firm of Locke, Liddell & Sapp, Houston, Texas |
| 7/6/99 | Louis Cardell Mann vs. All-Ways Fisher Transportation Group, Inc. and John Lewis Courtney, Cause No. 98-1246, District Court of Grayson County, Texas, 15th Judicial District | CIV | TX | D | Melinda Huff of the Law Firm of DeHay & Elliston, Dallas, Texas |
| 8/6/99 | Ernest Acord v. Georgia World Congress Center Authority, a/k/a Georgia World Congress Center-Georgia Dome, and Softbank Comdex, Inc. f/k/a Interface Group, Inc.; State Court of Fulton County, Civil Action File No. 96VS117356A | CIV | GA | D | Charles J. Cole of the Law Firm of Harman, Owen, Saunders & Sweeney & Edwin L. Hamilton of the Law Firm of Chambers, Mabry, McClelland & Brooks |
| 9/15/99 | State of Texas v. Roger Franklin Secrest, 283rd District Court of Dallas County | CRI | TX | T | Vincent W. Perini, Dallas, Texas |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/19/99 | In the matter of Joseph Ramirez, Jr., (SSN 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) | CIV | TX | H | Judge Joan Parks Saunders, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 10/19/99 | In the matter of Pamela Hardin, (SSN 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) | CIV | TX | H | Judge Joan Parks Saunders, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 10/19/99 | In the matter of David Walker, (SSN 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) | CIV | TX | H | Judge Joan Parks Saunders, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 10/21/99 | Louis Cardell Mann vs. All-Ways Fisher Transportation Group, Inc. and John Lewis Courtney; In the 15th District Court of Grayson County, Texas, Cause No. 98-1246 | CIV | TX | T | Melinda S. Huff of the Law Firm of Dehay & Elliston | DE | |
| 10/27/99 | Ernest Acord v. Georgia World Congress Center Authority, a/k/a Georgia World Congress Center-Georgia Dome, and Softbank Comdex, Inc. f/k/a Interface Group, Inc.; State Court of Fulton County, Civil Action File No. 96VS117356A | CIV | GA | T | Charles J. Cole of the Law Firm of Harman, Owen, Saunders & Sweeney | DE | |

| 11/15/99 | In the matter of Jacob Ryan Martinez, 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 | CIV | TX | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/15/99 | In the matter of David Terry, Jr., 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 | CIV | TX | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/15/99 | In the matter of Gwena Brown, 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 | CIV | TX | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/16/99 | In the matter of Kathleen H. Ghassemian, 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 | CIV | TX | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/16/99 | In the matter of David Busalacchi, 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 | CIV | TX | H | Judge Susan E. Jelen, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/22/99 | In the matter of Paul Lundren, 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 | CIV | TX | H | Judge C.F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/22/99 | In the matter of Darrel Forbes, 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 | CIV | TX | H | Judge C.F. Moore, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/23/99 | In the matter of Mary J. Willingham, 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 | CIV | TX | H | Judge Truett Honeycutt, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |
| 11/23/99 | In the matter of Debra Hood, 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 | CIV | TX | H | Judge Truett Honeycutt, ALJ, Office of Hearings and Appeals, Social Security Administration | NA | Court Appointed |

Case Type          CRI=Criminal,      CIV=Civil,        Fam=Family
Testimony Type:    T-Trial,           D=Deposition,     H-Hearing
Party Represented: DE=Defense,        PL=Plaintiff,     PR=Prosecution,    MO=Mother,      FA=Father,      OT=Other

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 1998 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testi-mony Type | Retaining Attorney | Attorney's Client | Other Information |
|---|---|---|---|---|---|---|---|
| 1/8/98 | State of Texas v. Lashonda Rosse, Cause No. 061877D | CRI | Texas | T | Mollee Westfall Fort Worth, Tx. | PR | |
| 5/29/98 | Marilyn Szfraniec vs. Sysco Foods Cause No. 97-00791-H | CIV | Texas | D | Thomas R. Stauch Dallas, Tx. | DE | |
| 6/5/98 | Loma Carroll, Jesus Soliz, Jr. vs. Hoechst Celanese Corporation, et al Cause No. C-97-349 | CIV | Texas | T | Richard Bran & Christine Rodriguez Houston, Tx. | DE | |
| 7/13/98 | Andrew Abbott vs. Lone Star Oyster Bar Cause No. 348-168278-97 | CIV | Texas | D | Daniel McDonald of McDonald, Clay & Crow Fort Worth, Tx. | PL | |
| 10/23/98 | State of Texas vs. Federico Perales | CRI | Texas | T | Betty Arvin Fort Worth, Tx. | PR | |
| 12/8/98 | State of Texas vs. Robert J. Neville, Jr. | CRI | Texas | T | Alan Levy Fort Worth, Tx. | PR | |
| 12/10/98 | Aurora Garcia vs. Joe Larias and Wal-Mart Stores, Inc. d/b/a/ Bud's Warehouse Outlet Cause No. C-5418-93-G | CIV | Texas | T | Jaime A. Drabek Harlingen, Texas | DE | |

Case Type:    CRI=Criminal,    CIV=Civil,
Testimony Type:    T=Trial,    D=Deposition,    Fam=Family
Party Represented:    DE=Defense,    PL=Plaintiff,    H=Hearing
PR=Prosecution,    MO=Mother,    FA=Father,    OT=Other

J. Randall Price, Ph. D.
1221 Abrams Rd., Suite 109
Richardson, Texas 75081
TEL: (214) 644-8686   FAX: (214) 644-8688

## 1997 Record of Expert Testimony

| Date | Style of Case and Cause Number | Case Type | Locale | Testi-mony Type | Retaining Attorney | Attorney's Client | Other Information |
|------|-------------------------------|-----------|--------|-----------------|--------------------|-------------------|------------------|
| 1/7/97 | Jan Zarazinski v. The Women & Children's Resource Center, Inc., Cause No. 94-CI-12515 | CIV | TX | D | Katherine Metcalf | PL | |
| 1/15/97 | Renvy Nussbaum v. Paul Nussbaum, Cause No. 95-6918T | Fam | TX | D | Angeline L. Bain of Goranson, Bain & Larsen | FA | |
| 1/22/97 | Rosalinda Deleon v. Carols Cantu, and Central Ready Mix Concrete Company, Cause No. C-5410-93-F | CIV | TX | D | Leticia Barguiarena of Hirsch, Sheiness, & Garcia | DE | |
| 2/26/97 | W. Greg Shelton v. Exxon Corporation, Cause No. G-96-307 | CIV | TX | D | David Rivet | DE | |
| 4/14/97 | Anita Couser v. Bake Rite, Inc., Case No. CJ-94-6934-63 | CIV | OK | D | Earl Donaldson | DE | |
| 5/9/97 | State of Texas v. Albert Ware Cause No. 0603988D | CRI | TX | T | Fred Rabalais | PR | |
| 6/11/97 | Kevin Ray Hamilton, et al. v. Gregory O Thacker | CIV | KY | D | William Francis | DE | |

## 1997 Record of Expert Testimony
### (continued)

| Date | Style of Case and Cause Number | Case Type | Locale | Testimony Type | Retaining Attorney | Attorney's Client | Other Information |
|---|---|---|---|---|---|---|---|
| 7/1/97 | Kevin Ray Hamilton, et al. v. Gregory O Thacker | CIV | KY | T | William Francis | DE | |
| 7/15/97 | Jan Zarazinski v. The Women & Children's Resource Center, Inc., Cause No. 94-CI-12515 | CIV | TX | T | Katherine Metcalf | PL | |
| 9/10/97 | State of Texas v. Billy Wayne Wallace, Cause No. 058220D | CRI | TX | T | Lisa Amos | PR | |
| 10/9/97 | State of Texas v. Carlos Gonzales, Cause No. 96-683-C | CRI | TX | T | Rob Swanton | DE | |
| 11/25/97 | State of Texas v. Gary Seth Cause No. CRB-22,831 | CRI | TX | H | Woody Leverett | DE | |
| 12/2/97 | Randy Farmer v. United Parcel Service, Inc. Cause No. D-950,448-C | CIV | TX | D | Michael R. McGown | DE | |
| 12/9/97 | State of Texas v. Gary Seth Cause No. CRB-22,831 | CRI | TX | T | Woody Leverett | DE | |

Case Type:          CRI=Criminal,     CIV=Civil,          Fam=Family
Testimony Type:    T-Trial,    D=Deposition,    H-Hearing
Party Represented:    DE=Defense,    PL=Plaintiff,    PR=Prosecution,    MO=Mother,    FA=Father,    OT=Other